**21-MJ-3137-LOUIS**



Jun 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

RICARDO JOSPHE BOTTS

CRIMINAL NO. **2019 CF2 013561**

ISSUED BY: **MICHAEL O'KEEFE**

10390075

### BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Failed to Appear for a Pre-Trial Show Cause Hearing
**Assault On A Police Officer**
**Assault On A Police Officer**
**Resisting Arrest**

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 4/20/2021.

BAIL FIXED BY THE COURT
AT: **NO BOND**

Superior Court of the District of Columbia

BY: _____
Judge

| Date Received: | Return This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |

CDFBW

Filed
D.C. Superior Court
04/01/2021 11:09AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION – FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 2019 CF2 013561 |
| | * | |
| v. | * | Judge Judith A. Smith |
| | * | |
| RICARDO BOTTS | * | Pretrial Show Cause Hearing |
| | * | 4/20/2021 @ 2:30 p.m. |
| | * | Partially Remote Courtroom 112 |

## ORDER

On March 23, 2021, the Court received a Status Report from the Pretrial Services Agency (PSA) indicating that Defendant has not reported to PSA, nor has he completed a mental health assessment with PSA. PSA requests that Defendant report to the Court Urgent Care Clinic for a mental health assessment, report to PSA in person, and sign a mental health release of information. Given Defendant's failure to comply with his reporting conditions, the Court has scheduled a show cause hearing. At the hearing, Defendant must show cause why his release conditions should not be increased or revoked; revocation of release conditions could result in step-back to D.C. Jail.

Defendant must report to the Superior Court Urgent Care Clinic, located at the courthouse in Room JM-520, prior to April 20, 2021, or on April 20, 2021, before 1:00 p.m. When Defendant reports to the Urgent Care Clinic, he will be able to make an appointment to complete a mental health assessment. The Urgent Care Clinic is open on Mondays and Wednesdays from 9:00 a.m. until 3:00 p.m., and on Tuesdays, Thursdays, and Fridays from 9:00 a.m. until 1:00 p.m.

According to the record in this case, Defendant was found incompetent to stand trial on March 18, 2020, and released to complete the Outpatient Competency Restoration Program. The COVID-19 pandemic has impacted the availability of many outpatient programs, and may have

1

impeded Defendant's ability to participate in competency restoration. As of now, Defendant has not yet been found competent in this case. The Court therefore leaves the Mental Observation Hearing and Felony Arraignment scheduled for September 23, 2021, and advances only the pretrial show cause hearing.

Accordingly, it is this 1st day of April, 2021, hereby

**ORDERED** that the parties **SHALL APPEAR** for a **PRETRIAL SHOW CAUSE HEARING** on <u>**April 20, 2021, at 2:30 p.m.**</u>**,** in Partially Remote Courtroom 112. **Defendant must appear in person.** Counsel may appear in person or remotely. Instructions for appearing remotely have been sent separately via email. **If Defendant fails to appear in person, a bench warrant may issue for his arrest.** It is further

**ORDERED** that Defendant **SHALL REPORT** to the Superior Court Urgent Care Clinic located at the courthouse in Room JM-520 before April 20, 2021, at 1:00 p.m. It is further

**ORDERED** that Defense Counsel shall notify Defendant of the Court's Order as, under current operating conditions, the Court is unable to send a copy of this Order by mail to Defendant.

**SO ORDERED.**

_____
Judith A. Smith
Associate Judge

Copies to:

Andrea Antonelli
United States Attorney's Office
Via CaseFileXpress

Steven Polin
*Counsel for Defendant*
Via CaseFileXpress

Nicholas Giannakopoulos
PSA
Via CaseFileXpress